**Order filed November 23, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00396-CR
_____

**ROBERT JARRAD CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 17311**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits 66 and 67, CD's.**

The clerk of the 21st District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 66 and 67, CD's, on or before **December 05, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 66 and 67, CD's, to the clerk of the 21st District Court.


PER CURIAM